KING, Appellant, *v.* LIEBESKIND, Respondent.

*(Superior Court of New York City, General Term.  February 14, 1890.)*

Appeal from special term.

Action by Bennett J. King against Abraham Liebeskind.

Argued before SEDGWICK, C. J., and TRUAX and DUGRO, JJ.

*Charles H. Smith,* for appellant.  *Franklin Bien,* for respondent.

PER CURIAM.  The pleadings are not before us, and for that reason there is nothing to show that the judge at special term erred in denying plaintiff's motion for judgment on the demurrer as frivolous, and for the relief demanded in the complaint.  Order affirmed, with costs and disbursements.

MINTON, Respondent, *v.* NEW YORK EL. R. Co. *et al.,* Appellants.

*(Superior Court of New York City, General Term.  January 6, 1890.)*

Appeal from special term.

Action by Sophie E. Minton against the New York Elevated Railroad Company and another.

Argued before FREEDMAN and INGRAHAM, JJ.

PER CURIAM.  The judgment should be affirmed, with costs.

MORRISON, Respondent, *v.* METROPOLITAN EL. RY. Co., Appellant.

*(Superior Court of New York City, General Term.  March 4, 1890.)*

Appeal from trial term.

Action by Robert Morrison against the Metropolitan Railway Company.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Davies & Rapallo,* for appellant.  *Calvin & Breck,* for respondent.

PER CURIAM.  Judgment and order affirmed, with costs.

WELSH, Respondent, *v.* METROPOLITAN EL. R. Co., Appellant.

*(Superior Court of New York City, General Term.  January 6, 1890.)*

Appeal from special term.

Argued before FREEDMAN and INGRAHAM, JJ.

*Geo. W. Van Nest,* for appellant.  *Samuel B. Rodgers,* for respondent.

PER CURIAM.  The questions presented on this appeal are all determined by the decision in *Welsh* v. *Manhattan R. Co., ante,* 492.  For the reasons there stated, the judgment should be affirmed, with costs.